UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Elijah Ellis,

           Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The hearing scheduled on a violation of supervised release in this matter is hereby rescheduled to January 10, 2020 at 2:30 p.m.

Dated: December 9, 2019
New York, New York

ALISON J. NATHAN
United States District Judge