590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ∎ p212 223-4000 ∎ f212 223-4134

# crowell﹙moring

FEB 0 5 2020

> The status conference in this matter is hereby ADJOURNED to May 21, 2020 at 3:00 p.m.

Glen Garrett McGorty
(212) 895-4246
GMcGorty@crowell.com

February 4, 2020

3/5/20

SO ORDERED

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**BY ELECTRONIC MAIL/ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>**United States v. Elijah Ellis**</u>, S1 16 Cr. 148 (AJN)

Dear Judge Nathan:

As the Court is aware, there is a conference on the Amended VOSR Petition in the above-referenced matter scheduled for Friday, February 7, 2020. I write to respectfully request an adjournment of that conference until mid-May 2020.

I am pleased to report to Your Honor that our client, Elijah Ellis, has been reporting and complying with his supervised release conditions, as confirmed by United States Probation Officer Jason Lerman. Mr. Ellis still has a pending municipal matter before the City Court of the City of Mount Vernon in Westchester County, but the complainants continue to not show up, and local defense counsel believes the charges will ultimately be dismissed. It appears this could take a number of additional months to resolve, and Mr. Ellis continues to deny the conduct at issue.

In light of Mr. Ellis' continued compliance and to allow a disposition of the municipal matter, we respectfully request that the Court adjourn the status conference until a date and time convenient for the Court in mid-May 2020. The Government and Officer Lerman concur with this proposal and consent to the adjournment. Should the Court require any additional information, please contact the undersigned at Your Honor's convenience.

Respectfully submitted,

/s/
_____
Glen G. McGorty

cc:   **VIA ELECTRONIC MAIL/ECF**
AUSA Jason Richman/Margaret Graham
USPO Jason Lerman