**crowell moring**

590 Madison Avenue, New York, NY 10022-2524 ■ p212 223-4000 ■ f212 223-4134

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/20

Glen Garrett McGorty
(212) 895-4246
GMcGorty@crowell.com

May 14, 2020

**BY ELECTRONIC MAIL/ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The status conference in this matter is hereby adjourned to September 14, 2020 at 3:00 P.M.

Re:  **United States v. Elijah Ellis**
     S1 16 Cr. 148 (AJN)

Dear Judge Nathan:

As the Court is aware, there is a conference on the Amended VOSR Petition in the above-referenced matter scheduled for May 21, 2020. I write on behalf of my client to respectfully request an adjournment of that conference until the week of September 7, 2020.

I am pleased to report to Your Honor that our client, Elijah Ellis, has been reporting and complying with his supervised release conditions, as confirmed by Probation Officer Lerman. Mr. Ellis's pending municipal matter before the City Court of the City of Mount Vernon in Westchester County has been understandably adjourned in light of the global pandemic. All agree that it should be resolved prior to proceeding with the adjudication of his violation. Mr. Ellis maintains his innocence on those charges.

In light of Mr. Ellis' continued compliance and to allow a disposition of the municipal matter, we respectfully request that the Court adjourn the status conference until a date and time convenient for the Court after Labor Day. We propose a conference during the week of September 7, 2020 (except for September 10, 2020, when not everyone is available). The Government and Officer Lerman concur with this proposal and consent to the adjournment.

Should the Court require any additional information, please contact the undersigned at Your Honor's convenience. On a personal note, I hope everyone is remaining safe and healthy.

Respectfully submitted,

__/s/_____
Glen G. McGorty

CF
Graham/USPO Jason Lerman

[Signature: Alison J. Nathan] 5/14/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

New York ■ San Francisco ■ Los Angeles ■ Orange County ■ Anchorage ■ London ■ Brussels